

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR - 6 2017

RICK WARREN
COURT CLERK
34_____

| | |
|---|---|
| ANDREA T. ANNESE )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. XPRESS, INC and )<br>GLENN ANDERS, )<br>)<br>)<br>Defendants. ) | Case No: CJ-2016-6618 |

## FIRST AMENDED PETITION

**COMES NOW** Plaintiff, Andrea T. Annese, for her cause of action against the Defendants, U.S. Xpress, Inc. and Glenn Anders, alleges and states:

1. On or about March 9, 2016 at or near South Morgan Rd. and S.W. 8th Street in Oklahoma City, Oklahoma County, Oklahoma, Glenn Anders negligently drove a tractor-trailer, striking the vehicle operated by Plaintiff Andrea T. Annese.

2. That at all relevant times mentioned herein, Plaintiff operated her vehicle properly and lawfully.

3. Defendant Anders improperly changed lanes causing the collision.

4. Defendant Anders failed to stop after striking the Plaintiff's vehicle.

5. Defendant Anders chose to violate state, local and federal statutes and regulations and is liable for negligence per se for violation of the same.

6. At the time of the collision, Defendant Anders, was a professional tractor-trailer driver and held a Class A driver's license.

7. The tractor-trailer driven by Glenn Anders was owned, controlled, and/or maintained by Defendant U.S. Xpress, Inc.

8. Defendant, U.S. Xpress, Inc., is incorporated in the State of Tennessee.

9. At all times described herein, Glenn Anders was an employee and/or agent of Defendant, U.S. Xpress Inc.

10. At all times described herein, Glenn Anders, was acting within the scope of his employment and/or agency for Defendant, U.S. Xpress, Inc.

11. Defendant, U.S. Xpress, Inc. is vicariously liable for the negligence of its employee, agent and/or statutory employee, Glenn Anders under the theory of *respondeat superior*.

12. Defendant, U.S. Xpress, Inc., negligently entrusted Defendant Anders, with a commercial motor vehicle, and knew or should have known that Defendant Anders was incompetent and/or reckless driver.

13. That as a direct and proximate result of the negligence of the Defendants, U.S. Xpress, Inc. and Glenn Anders, the Plaintiff, Andrea T. Annese, has sustained bodily injuries; has incurred medical expenses; has suffered pain and suffering; and has incurred property damage all in an amount in excess of $75,000.00.

14. That at all times relevant hereto, the Defendant Anders operated the commercial motor vehicle in a reckless disregard for the rights and safety of others and the Plaintiff is entitled to punitive damages for the same in an amount in excess of $75,000.00.

**WHEREFORE**, Plaintiff, Andrea T. Annese, prays for judgment against Defendants, U.S. Xpress, Inc. and Glenn Anders, for personal injuries in an amount in excess of $75,000 and

for punitive damages in an amount in excess of $75,000.00 plus interest, costs, attorney fees, and all such other and further relief as to which Plaintiff may be entitled.

Respectfully submitted,

CAIN LAW OFFICE
Attorney for Plaintiff

_____
MONTY L. CAIN, OBA #15891
ANTHONY M. ALFONSO, OBA# 32722
10415 Greenbriar Place
P.O. Box 892098
Oklahoma City, OK 73189
(405) 759-7400 – phone

**ATTORNEY'S LIEN CLAIMED**